United States District Court
Middle District of Florida
Jacksonville Division

**VERONICA E. GRAYBEAL,**

***Plaintiff,***

**v.** **NO. 3:26-cv-1356-PDB**

**COMMISSIONER OF SOCIAL SECURITY,**

***Defendant.***

---

# Order

The Commissioner of Social Security moves to reverse the decision below and remand the case. Doc. 12. Considering the absence of opposition and the authority described in the motion, the court:

1. **grants** the Commissioner's unopposed motion, Doc. 12;

2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);

3. **remands** the case with directions to "offer [the plaintiff] an opportunity for a hearing[,] further evaluate the residual functional capacity[,] and issue a new decision"; and

4. **directs** the clerk to enter judgment for Veronica Graybeal and against the Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on November 18, 2026.

Patricia D. Barksdale
*United States Magistrate Judge*